UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-CV-10659-RWZ

IN RE. MANSOUR BAHRAMPOURI et al.

ORDER

June 24, 2021

ZOBEL, S.D.J.

Appellant seeks review of the United States Bankruptcy Court's denial of discharge in his Chapter 7 case. In that matter, appellees had alleged that appellant did not disclose certain assets, which included his home and several businesses. After entering his notice of appeal in this court on April 19, 2021, appellant failed to file his designation of the record on appeal. (Docket # 4); Fed. R. Bankr. P. 8003(a)(2) ("An appellant's failure to take any step other than the timely filing of a notice of appeal . . . is ground . . . for the district court . . . to act as it considers appropriate, including dismissing the appeal."). Appellees moved to dismiss, citing this failure. (Docket # 5). After the deadline to oppose had passed, appellant requested an extension of time to respond to appellees' motion. (Docket # 6).

Because appellant has not designated the record, the motion to dismiss (Docket # 5) is ALLOWED. The motion for extension of time (Docket # 6) is DENIED.

June 24, 2021
DATE

/s/ Rya W. Zobel
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

1